IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JEREMY DERRELL MOORE | : | NO. 19-51579-JPS |
| TARA THOMPSON MOORE | : | |
| | : | |
| Debtors | : | Chapter 12 Proceeding |

### NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE

WALTER W. KELLEY, CHAPTER 12 TRUSTEE, HAS FILED PAPERS WITH THE COURT TO DISMISS THE CHAPTER 12 CASE OF THE ABOVE-REFERENCED DEBTOR.

IF YOU DO NOT WANT THE COURT TO GRANT THE TRUSTEE'S MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY SHALL APPEAR AT THE HEARING TO BE HELD ON _May 10, 2023_ AT _11:00 AM_, AT THE THOMAS JEFFERSON FEDERAL BUILDING, COURTROOM A, 433 CHERRY STREET, MACON, GEORGIA.

"Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order # 145 for more guidance."

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

THIS NOTICE IS SENT BY THE UNDERSIGNED PURSUANT TO LBR 9004-1(6).

Dated this _11_ day of April, 2023.

/s/ Walter W. Kelley
WALTER W. KELLEY,
Chapter 12 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JEREMY DERRELL MOORE | : | NO. 19-51579-JPS |
| TARA THOMPSON MOORE | : | |
| | : | |
| Debtors | : | Chapter 12 Proceeding |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 12 CASE**

COMES NOW Walter W. Kelley, Standing Trustee in the above-referenced case, and shows as follows:

-1-

Debtor(s) Jeremy Derrell Moore and Tara Thompson Moore filed a voluntary petition for relief under Chapter 12 of the United States Bankruptcy Code on August 29, 2019.

-2-

The Order Confirming Plan was entered on October 7, 2020.

-3-

Pursuant to 11 U.S.C. Section 1208 (c):

*On request of a party in interest, and after notice and a hearing, the court may dismiss a case under this chapter for cause, including—*

(1)  unreasonable delay, or gross mismanagement, by the debtor that is prejudicial to creditors;
(2)  nonpayment of any fees and charges required under chapter 123 of title 28;
(3)  failure to file a plan timely under section 1221 of this title;
(4)  failure to commence making timely payments required by a confirmed plan;
(5)  denial of confirmation of a plan under section 1225 of this title and denial of a request made for additional time for filing another plan or a modification of a plan;
(6)  material default by the debtor with respect to a term of a confirmed plan;
(7)  revocation of the order of confirmation under section 1230 of this title, and denial of confirmation of a modified plan under section 1229 of this title;
(8)  termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; or
(9)  continuing loss to or diminution of the estate and absence of a reasonable likelihood of rehabilitation.

-4-

The Trustee shows that the debtors have failed to pay the Chapter 12 plan payments.

**WHEREFORE**, the Trustee respectfully requests that:

(a)  The case be dismissed; and

(b)  For other and further relief as to this Court seems just and proper.

This __11__ day of April, 2023.

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**CHAPTER 12 TRUSTEE**
Post Office Box 70849
Albany, Georgia 31708
(229) 888-2257
ahudson@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| JEREMY DERRELL MOORE | : | NO. 19-51579-JPS |
| TARA THOMPSON MOORE | : | |
| | : | |
| Debtors | : | Chapter 12 Proceeding |

## CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing Motion to Dismiss and Notice of Hearing to those listed below. Those not served by electronic means by the court's electronic filing system were served by depositing the same in the United States Mail in properly addressed envelopes with sufficient postage thereto affixed to insure delivery, this 11 day of April, 2023.

Jeremy Derrell Moore
Tara Thompson Moore
P.O. Box 28
Pineview, GA 31071

Christopher W. Terry
348 Cotton Avenue Suite 200
Macon, GA 31201

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

THOSE LISTED ON EXHIBIT 'A'
(Notice only)

/s/ Walter W. Kelley
**WALTER W. KELLEY, TRUSTEE**
Post Office Box 70849
Albany, Georgia 31708
(229) 888-2257
ahudson@kelleylovett.com

Label Matrix for local noticing
113G-5
Case 19-51579-JPS
Middle District of Georgia
Macon
Mon Apr 10 16:21:12 EDT 2023

AgGeorgia Farm Credit, ACA
c/o John T. McGoldrick Jr.
P.O. Box 1606
Macon, GA 31202-1606

Bank of the West
c/o Stites & Harbison, PLLC
303 Peachtree Street,
Suite 2800
Atlanta, GA 30308-3271

Boyer Terry LLC
348 Cotton Ave., Suite 200
Macon, GA 31201-7305

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Colony Bank
c/o David A. Garland
Moore, Clarke, DuVall & Rodgers, P.C.
P. O. Drawer 71727
Albany, GA 31708-1727

Deere Credit, Inc.
c/o Thompson O'Brien Kemp & Nasuti
40 Technology Pkwy S, Suite 300
Peachtree Corners, GA 30092-2924

MJRL Capital, LLC
125 Plantation Centre Drive, S.
Suite 700B
Macon, GA 31210-1911

Meherrin Agricultural & Chemical Company
c/o Stephan A. Ray
Moore Clarke DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

Nutrien Ag Solutions, Inc. f/k/a Crop Produc
P.O. Box 190
Moultrie, GA 31776-0190

Rochelle State Bank
P.O. Box 188
Rochelle, GA 31079-0188

5
433 Cherry Street
P.O. Box 1957
Macon, GA 31202-1957

AG Georgia Farm Credit, ACA
1207 South Greer Street
Cordele, GA 31015-2060

AgGeorgia Farm Credit, ACA
c/o John T. McGoldrick, Jr.
P.O. Box 1606
Macon, Georgia 31202-1606

American Express
P.O. Box 981535
El Paso, TX 79998-1535

BANK OF THE WEST
c/o Eric J. Breithaupt
Stites & Harbison, PLLC
303 Peachtree Street, Suite 2800
Atlanta, Georgia 30308-3271

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bank of the West
475 Sansome Street
19th Floor, NC-TRI-19-A
San Francisco, CA 94111-3172

Bank of the West
P.O. Box 7167
Pasadena, CA 91109-7167

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Chaney Bush
115 Witchard Road
Fitzgerald, GA 31750-8839

CoBank
NW 4675
P.O. Box 1450
Minneapolis, MN 55485-1450

Colony Bank
P.O. Box 989
Fitzgerald, GA 31750-0989

Colony Bank
c/o David A. Garland
Moore Clarke DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, GA 31708-1727

D. Bradley Folsom
2611 North Patterson Street
P.O. 4540
Valdosta, GA 31604-4540

~~David A. Garland
P.O. Drawer 71727
Albany, GA 31708-1727~~

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Deere & Company
c/o Thompson, O'Brien, Kemp & Nasut
40 Technology Parkway South Suite 300
Peachtree Corners, GA 30092-2924

Deere Credit
P.O. Box 660
Johnston, IA 50131

Deere Credit, Inc.
c/o Thompson, O'Brien, Kemp and Nas
40 Technology Parkway South Suite 300
Peachtree Corners, GA 30092-2924

Diversified Financial
14010 First National Bank Pkwy, Ste 400
Omaha, NE 68154-5232

Diversified Financial Services, LLC
c/o Joseph W. Dent, P.C.
P.O. Box 70549
Albany, GA 31708-0549

Farm Bureau Bank
P.O. Box 33427
San Antonio, TX 78265-3427

Farm Credit Leasing
600 Highway 169 South
Suite 300
Minneapolis, MN 55426-1208

Farm Credit Leasing Services Corporation
Stinson LLP
Benjamin Court
50 South Sixth Street Suite 2600
Minneapolis, MN 55402-2241

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company, LLC
c/o Emmett L. Goodman, Jr. LLC
544 Mulberry Street, Suite 800
Macon, GA 31201-8261

Ford Motor Credit Company, LLC
c/o Ronald A. Levine, Esq.
P.O. Box 422148
Atlanta, GA 30342-9148

Goody's - Comenity Bank
P.O. Box 182273
Columbus, OH 43218-2273

H.C. Schmieding Produce Company LLC
c/o McCarron & Diess
576 Broadhollow Road
Suite 105
Melville, NY 11747-5002

Helena Agri Enterprises, LLC
c/o James W. Hays
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, GA 30092-5200

Helena Agri-Enterprises
P.O. Box 198153
Atlanta, GA 30384-8153

Helena Agri-Enterprises
P.O. Box 4003
West Columbia, SC 29171-4003

Helena Agri-Enterprises, LLC
c/o Hays Potter & Martin, LLP
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, GA 30092-5200

Home Depot
P.O. Box 790345
Saint Louis, MO 63179-0345

John Deere Financial
c/o Weltman, Weinberg and Reis Co., LPA
P O Box 93784
Cleveland, OH 44101-5784

Koppert Biological Systems, Inc.
1502 Old US-23
Howell, MI 48843-9036

Koppert Biologies
1502 North Old US 23
Howell, MI 48843-9036

McCarron & Diess
576 Broadhollow Road
Suite 105
Melville, NY 11747-5002

Meherrin Ag & Chem Co
704 Cromwell Drive
Suite F
Greenville, NC 27858-5894

Meherrin Agricultural & Chemical Company
c/o Stephan A. Ray
Moore Clarke DuVall & Rodgers, P.C.
2829 Old Dawson Road
Post Office Drawer 71727
Albany, Georgia 31708-1727

Michael A. Strickland
P.O. Box 190
700 South Main Street
Moultrie, GA 31768-5433

Monsanto Company
800 N. Lindbergh Blvd
St. Louis, MO 63167-0001

Monsanto Company
D&S Global Solutions
13809 Research Blvd., Suite 800
Austin, TX 78750-1211

Monsanto Company
PO Box 204070
Dallas, TX 75320-4070

Navient
P.O. Box 9635
Wilkes Barre, PA 18773-9635

Nutrien Ag Solutions
3005 Rocky Mountain Ave.
Loveland, CO 80538-9001

Nutrien Ag Solutions, Inc. f/k/a Crop Produc
c/o Elizabeth R. Strickland
Castellow & Strickland, LLP
P.O. Box 190
Moultrie, Georgia 31776-0190

Pride Harvesting LLC
729 Peacock Avenue
Lehigh Acres, FL 33974-4523

Exhibit A

| | | |
|---|---|---|
| Producer's Credit Corp.<br>Partners in Production<br>P.O. Box 64949<br>Saint Paul, MN 55164-0949 | RENASANT BANK<br>11675 Great Oaks Way<br>Suite 320<br>Alpharetta, GA 30022-2434 | RENASANT BANK<br>CENLAR FSB<br>ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| Renasant Bank<br>P.O. Box 77404<br>Trenton, NJ 08628-6404 | Rochelle State Bank<br>800 Ashley Street<br>Rochelle, GA 31079-2309 | Rochelle State Bank<br>c/o Deena Plaire<br>PO Drawer 71788<br>Albany, GA 31708-1788 |
| Rochelle State Bank<br>c/o Jenny Martin Walker<br>Martin Snow, LLP<br>P.O. Box 1606<br>Macon, Georgia 31202-1606 | Schmieding Produce<br>2330 N. Thompson Street<br>Springdale, AR 72764-1709 | Seedway<br>1734 Railroad Place<br>P.O. Box 250<br>Hall, NY 14463-0250 |
| Southern States Material Handling Inc. d/b/a<br>115 S. 78th St<br>Tampa, FL 33619-4220 | Toyota Commercial Finance<br>115 S. 78 Street<br>Tampa, FL 33619-4220 | Toyota Commercial Finance<br>PO Box 660926<br>Dallas, TX 75266-0926 |
| Toyota Industries Commercial Finance, Inc.<br>Charles S. Stahl, Jr.<br>Swanson, Martin & Bell, LLP<br>2525 Cabot Drive, Suite 204<br>Lisle, IL 60532-3628 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |
| Christopher W. Terry<br>Boyer Terry LLC<br>348 Cotton Avenue<br>Suite 200<br>Macon, GA 31201-7305 | Jeremy Derrell Moore<br>P.O. Box 28<br>Pineview, GA 31071-0028 | Tara Thompson Moore<br>P.O. Box 28<br>Pineview, GA 31071-0028 |
| Walter W. Kelley - Ch 12<br>Office of Ch 12 Trustee<br>P.O. Box 70849<br>Albany, GA 31708-0849 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING, NJ 08618 | Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998 | Cenlar FSB<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| Deere & Company<br>6400 NW 86th Street<br>Johnston, IA 50131 | Ford Motor Credit<br>National Bankruptcy Service Center<br>P.O. Box 537901<br>Livonia, MI 48153 | (d)Ford Motor Credit Company, LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 |

Exhibit A



(d) John Deere Financial  
P.O. Box 6600  
Johnston, IA 50131

(d) John Deere Financial  
PO Box 6600  
Johnston, IA 50131-6600

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) CENLAR FSB

(u) Deere & Company

(u) Diversified Financial Services, LLC

(u) Farm Bureau Bank

(u) Ford Motor Credit Company, LLC, A Delaware

(u) Helena Agri Enterprises, LLC

(u) Cardmember Services

(d) MJRL Capital, LLC  
125 Plantation Centre Drive S.  
Suite 700B  
Macon, GA 31210-1911

End of Label Matrix  
Mailable recipients    78  
Bypassed recipients     8  
Total                  86